IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22CR3027 |
| vs. | |
| TYLER DENBY, | ORDER |
| Defendant. | |

Defendant was granted leave to file, out of time, his objections to the Findings and Recommendation on his motion to suppress. Defendant's motion to suppress is therefore still pending.

Accordingly,

IT IS ORDERED:

1) The trial of this case, currently scheduled for December 11, 2023, is continued.

2) In the interest of justice, the time between April 21, 2023 (the date the motion to suppress was filed) and a judicial determination on the motion to suppress is deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because the ruling on the motion will impact the need to prepare for trial, and the content of that preparation.

Dated this 17th day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge