IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TYLER DENBY,<br><br>                    Defendant. | **4:22CR3027**<br><br>**ORDER** |

        Attached are two documents received from the defendant: a pro se motion, and a list of demands for his case preparation. The court will not consider either document.

        First and foremost, Defendant is represented by counsel and any communications or filings with the court should be through counsel. In addition, Defendant's motion to suppress has already been heard, and Defendant's objection to the recommendation that the motion be denied is pending. And as to the list of case preparation demands, the court has already discussed this with the defendant during his hearing to request new counsel.

        Accordingly,

        IT IS ORDERED:

1) Defendant's attached documents are not considered motions, and the court will not address them.

2) Defendant shall stop sending letters to the court regarding his case. All communications and filings with the court must be through his appointed counsel.

3) The clerk shall mail a copy of this order to Tyler Denby, Reg. No. 92713-509, USP Leavenworth, P.O. Box 1000, Leavenworth, KS 66048.

Dated this 29th day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

| United States of America Plaintiff | Case: 4:22 cr 3027 |
|---|---|
| | |
| | Motion  Pro - Say |
| V. Tyler Denby Defendant | RECEIVED NOV 22 2023 CLERK U.S. DISTRICT COURT |

Comes Now  Nov. 18  2023      By Defendant Tyler Denby moves this Honorable court to grant this motion on the following:

(1) Defendant wants Entire discovery. Rule 16.

(2) Defendant wants "Facts" investigated of or in Warrant Affidavit.

(3) Defendant wants investigator from Public defender office.

(4) Defendant needs time to watch ALL video & cross-examine with Police reports.

(5) Defendant wants date & times on all video.

(6) Defendant wants survalence video from hospital to show when & the time each officer claimed to be there.

1 of 2

(7) Defendant doesnt believe LaDukes claim about DNA cup or believe if its true that LaDuke used proper handling techniques not to cross-contaminate.

(8) Defendant wants to subpena hospital staff to learn of how & when they learned of alleged charges.

(9) Defendant wants Nicks liqor & gas-station survalence to prove & show defendants pockets were impossible to see down inside of proving 4th ammendant violation.

(10) Hospital survalence would show time "DNA" cup was taken proving another 4th ammendment violation or a flat out lie.

(11) Everything, like the affidavit & warrent were done on computers so there is a digital fingerprint showing TIME on when each was completed, sent & approved. I want that to cross-examine with reports & videos to show lies & illegal search.

(12) Defendant wants TBI advocate legal assistant.

Tyler Denby      _Tyler Denby_
Defendant

2 of 2

Tyler Denby
Reg. No. 92713-509
USP Leavenworth
P.O. Box 1000
Leavenworth, KS. 66048

KANSAS CITY  640
20 NOV 2023 PM 4  L

**RECEIVED**

NOV 2 2 2023

CLERK
U.S. DISTRICT COURT

Office of The Clerk
United States District Court
Roman L. HRUSKa U.S. Courthouse
111 s. 18th Plaza, Suite 1152
Omaha, NE. 68102 - 1322

68102-132277

| United States of America | Case: 4:22cr3027 |
| Plaintiff | |
| | |
| | Motion to |
| V. | Suppress |
| Tyler Denby | Evidence |
| Defendant | |

Comes Now November        2023
By Defendant Tyler Denby moves this
Honorable Court to grant this motion
on the following,

(1) Alleged facts in affidavit are false.
(2) False reporting of evidance by a
    Police officer. 2,8,12,13
(3) Hearsay statements used as facts. 17-21.
(4) Officer lied about witness statement. 2,17-21.
(5) Officer lied about when Yellowstone investigator
    was contacted & what was reported. 22,24,25.
(6) No drug tests or positive rape kit conducted/Produced. 24,28.

1 of 2                    RECEIVED

NOV 2 0 2023

CLERK
U.S. DISTRICT COURT

(7) Child sexual assault case has not produced a female who indeed was assulted. 26.

(8) Investigator Richter reported false information. 24, 25, 28.

(9) Defamation of character. 29, 30.

(10) Unproven alligations used as fact in totality of circumstances to violate defendants fourth ammendment in a unconstitutional warrent. 2, 8, 12, 13, 17, 18, 19, 20, 21, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33.

(11) Overbroad, lack of specificity.

For the above reasons Defendant prays to move this Honorable court this motion.

Tyler Denby     Tyler Denby
Defendant

Tyler Denby
Reg. No. 92713-509
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

KANSAS CITY  640

17 NOV 2023 PM 5  L

RECEIVED
NOV 2 0 2023
CLERK
U.S. DISTRICT COURT

Office of The Clerk
United States District Court
Roman L. HRUSKA  U.S. Courthouse
111 s. 18th Plaza, Suite 1152
Omaha, NE 68102-1322