IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3027 |
| vs. | ORDER |
| TYLER DENBY, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 69) to the Magistrate Judge's Findings and Recommendation (filing 50) recommending that the Court deny the defendant's motion to suppress (filing 34). The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees <u>completely</u> with the Magistrate Judge's findings and recommendation. Accordingly,

IT IS ORDERED:

1. The defendant's objection (filing 69) is overruled.

2. The Magistrate Judge's Findings and Recommendation (filing 50) are adopted.

3. The defendant's motion to suppress (filing 34) is denied.

Dated this 14th day of December, 2023.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Senior United States District Judge