IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiffs,<br>vs.<br><br>TYLER DENBY<br><br>                Defendants. | Case No. 4:22CR3027<br><br>Order |

Before the Court is the request for transcript of hearings held on August 28, 2023, October 19, 2023, November 14, 2023 and December 8, 2023

IT IS ORDERED:

1. The request for transcript, filing [84] is granted.

2. There was no hearing held on August 28, 2023. Wendy Denby-Pascale is advised that the cost of the transcript for hearing held on <u>October 19, 2023</u> at 3-day expedited rate of $6.00 per page is $ 42.00 or 30-day rate of $4.00 per page is $28.00. The cost of the transcript for hearing held on <u>November 14, 2023</u> at 3-day expedited rate of $6.00 per page is $ 186.00 or 30-day rate of $4.00 per page is $124.00. The cost of the transcript for hearing held on <u>December 8, 2023</u> at 3-day expedited rate of $6.00 per page is $ 84.00 or 30-day rate of $4.00 per page is $56.00.  To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than the amount paid, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearings held on 10/19/2023, 11/14/2023 and 12/08/2023 A copy of this order should also be mailed to Wendy Denby-Pascale, 1207 Cheyenne Ave., Alliance, NE 69301.

DATED: January 9, 2024

                                                    BY THE COURT:
                                                    s/ Cheryl R. Zwart
                                                    United States Magistrate Judge