IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiffs,<br><br>   vs.<br><br>TYLER DENBY<br><br>            Defendants. | Case No. 4:22CR3027<br><br>Order |

Before the Court is the request for transcript of hearing held on August 13, 2024.

IT IS ORDERED:

1. The request for transcript, filing [182] is granted.

2. Tyler Denby, is advised that the cost of the transcript is $ 59.95 To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $59.95, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on July 30, 2024. A copy of this order should also be mailed to Tyler Denby, 92713-509, Saline County Jail, P.O. Box 911, Wilber, NE 68465.

DATED: August 22, 2024

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge