IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>TYLER DENBY<br><br>　　　　　　　Defendants. | Case No. 4:22CR3027<br><br>Order |

　　　Before the Court is Filing No.182, the Defendant's request for a transcript of the hearing held on August 13, 2024. Because this transcript has previously been produced and filed, Defendant's request should be treated as a request for a copy of said transcript and charged as such.

　　　IT IS ORDERED:

1. Tyler Denby is advised that the cost of a copy of the transcript noted above is $17.00 and that the money deposited to the Court in the amount of $59.95 will be paid to transcriber Brenda Fauber for said copy;

2. That the balance of said funds, $42.95, is to be returned to the Defendant by refund check.

　　　DATED: September 23, 2024

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ Jacqueline M. DeLuca
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge